AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| AGNIESZKA ROSZKO<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 15-CV-4247 |
| P.O. JASON KLEINMAN (SHIELD 16331), ET AL.<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

P.O. JASON KLEINMAN (SHIELD 16331)
NEW YORK CITY POLICE DEPARTMENT
112th PRECINCT
68-40 AUSTIN STREET
FOREST HILLS, NY 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AMEER BENNO, ESQ.
BENNO & ASSOCIATES P.C.
30 WALL STREET, 8TH FLOOR
NEW YORK, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 7/21/2015

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

AGNIESZKA ROSZKO

*Plaintiff(s)*

v.

P.O. JASON KLEINMAN (SHIELD 16331), ET AL.

*Defendant(s)*

Civil Action No. 15-CV-4247

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SGT. JASON BERKOWITZ (SHIELD 95)
NEW YORK CITY POLICE DEPARTMENT
112th PRECINCT
68-40 AUSTIN STREET
FOREST HILLS, NY 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AMEER BENNO, ESQ.
BENNO & ASSOCIATES P.C.
30 WALL STREET, 8TH FLOOR
NEW YORK, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 7/21/2015

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| AGNIESZKA ROSZKO<br>*Plaintiff(s)*<br>v.<br>P.O. JASON KLEINMAN (SHIELD 16331), ET AL.<br>*Defendant(s)* | ) | Civil Action No. 15-CV-4247 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

P.O. RAHIMULLAH MASHRIQI (SHIELD 13315)
NEW YORK CITY POLICE DEPARTMENT
112th PRECINCT
68-40 AUSTIN STREET
FOREST HILLS, NY 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AMEER BENNO, ESQ.
BENNO & ASSOCIATES P.C.
30 WALL STREET, 8TH FLOOR
NEW YORK, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 7/21/2015

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*