United States District Court
County Of Eastern District Of New York

Agnieszka Roszko
Plaintiff

vs.

P.O. Jason Kleinman (Shield #16331), Et Al
Defendant

Civil Action Number: 15-CV-04247

Affidavit of Service of

Summons in a Civil Action Complaint and Jury Demand

STATE OF NY COUNTY OF NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in New York, NY.

That on 7/28/2015 at 11:21 00 AM at the address:

68-40 Austin Street

Forest Hills, NY 11375

Deponent served the within Summons in a Civil Action Complaint and Jury Demand

UPON: **Sgt. Jason Berkowitz (Shield #95)**
**New York City Police Department**
**112th Precinct**

By personally delivering a true copy of the Summons in a Civil Action Complaint and Jury Demand to P. O. Grabiec (Authorized to accept service ), a person of suitable age and discretion. Said premises is the defendant' actual place of business On 7/31/2015, deponent enclosed a copy of the Summons in a Civil Action Complaint and Jury Demand in a post-paid envelope addressed to the last known address of said served at:

68-40 Austin Street

Forest Hills, NY 11375

and said first class postpaid envelope, which bore the words 'Personal and Confidential and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant, was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Female |
| **Skin:** | White |
| **Hair:** | Blonde |
| **Age** | 48 |
| **Height:** | 5ft8in-5ft11in |
| **Weight** | 131-160 lbs |
| Other Features: | |

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

*Sworn to, before me this* 7/31/2015

Regenia L. Hyman
Notary Public: State of New York
NO: O1HY6045811
QUALIFIED IN: County of Bronx
COMMISSION Expires Tuesday, July 31, 2018

Angelo Rodriguez
License NO: 1000177

Job #: 66459